OLIVER J. CHARTIER *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW LONDON ET AL.

The defendants' petition for certification for appeal from the Superior Court in the judicial district of New London is denied by the court.

*Michael D. Shapiro,* in support of the petition.

*A. A. Washton,* in opposition.

Decided November 15, 1979

GREATER BRIDGEPORT RESTAURANT FULL PERMIT ASSOCIATION, INC., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

THE NEW SHAKESPEARE ARMS, INC., ET AL. *v.* ERNEST V. SPADA

The petition for certification by the plaintiffs The Windsock Inn, Inc., and The New Shakespeare Arms, Inc., for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Robert M. Davidson,* in support of the petition.

*Robert N. Morrissey* and *Sturges N. Laros,* in opposition.

Decided November 28, 1979

STATE OF CONNECTICUT *v.* RICHARD W. CHARETTE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*A. Susan Peck,* in support of the petition.

Decided November 28, 1979